IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARION J. TUCKER and STEPHANIE TUCKER, <br><br>Plaintiffs, <br><br>v. <br><br>CHARLES SCHWAB BANK, f/k/a Charles Schwab Bank, N.A., and MORGAN STANLEY CAPITAL I, INC., f/k/a Morgan Stanley Dean Witter Credit Corporation, <br><br>Defendants. | Case No.: 12-cv-03399 <br><br>Judge Tharp |

## **MORGAN STANLEY CAPITAL'S MOTION FOR ENTRY OF JUDGMENT**

Defendant, MORGAN STANLEY CAPITAL I, INC., ("Morgan Stanley Capital"), by its attorney, Todd P. Stelter, requests this Court enter judgment in its favor and against plaintiffs, stating as follows:

1. Plaintiffs filed a Notice of Voluntary Dismissal of Morgan Stanley Capital on July 10, 2013. [Doc#51].

2. The Notice specifically indicates that Morgan Stanley Capital was to be dismissed from this case with prejudice. [Doc#51; PageID#1238].

WHEREFORE, Morgan Stanley Capital respectfully requests this Court enter judgment in its favor and against plaintiffs and for such other relief as the Court may deem just, proper and equitable.

Respectfully submitted,

130624055

By: _____s/ Todd P. Stelter_____
One of Defendant, Morgan Stanley Capital's Attorneys

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARION J. TUCKER and STEPHANIE TUCKER,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB BANK, f/k/a Charles Schwab Bank, N.A., and MORGAN STANLEY CAPITAL I, INC., f/k/a Morgan Stanley Dean Witter Credit Corporation,<br><br>Defendants. | Case No.: 12-cv-03399<br><br>Judge Tharp |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2013, I electronically filed **MORGAN STANLEY'S MOTION FOR ENTRY OF JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Robert Lee Stone**
Email: rlstone@propertyrightslawgrp.com

Respectfully submitted,

By: s/Todd P. Stelter

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000